# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRYSTAL SANCHEZ, *individually and on behalf of those similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER BANK, N.A., *et al.*<br><br>Defendants. | No: 3:17-cv-05775 |

## ORDER

AND NOW, on this __22nd__ day of __February__, 2022, upon consideration of the Plaintiff's Motion and Memorandum of Law and any response thereto, IT IS:

1. ORDERED that the Settlement Agreement and Release ("Settlement Agreement") is preliminarily approved by this Court;

2. ORDERED that the following state law subclasses, of individuals who worked for Defendant in the position of "Business Operations Manager" ("BOM") are certified pursuant to Fed. R. Civ. P. 23(b)(3) for purposes of settlement only:

   a. all individuals employed by Defendant as a BOM in New Jersey or New York anytime between June 29, 2015 and December 31, 2021;

   b. all individuals employed by Defendant as a BOM in Massachusetts, Pennsylvania, Connecticut, or New Hampshire at any time between September 8, 2017 and December 31, 2017; and

   c. all individuals employed by Defendant as a BOM in Rhode Island at any time from September 8, 2018 through December 31, 2021.

3. ORDERED that the Settlement Collective consisting of all individuals who (1) previously filed a valid consent to join the collective action lawsuit with this Court; and (2) have not

previously filed a consent to join the FLSA collective with this Court, but who are members of the Rule 23(b)(3) proposed class is certified for settlement purposes only under Section 216(b) of the FLSA;

4. ORDERED that Plaintiffs Crystal Sanchez, Rabia Ahmed, Andrea Blanchard, Pearl Monteiro, Shaunsey Jackson, Michelle Romano, Joni Henderson, and Peter Sano are appointed as representative of the settlement classes;

5. ORDERED that Mashel Law, LLC and Swartz Swidler, LLC are appointed as Class Counsel;

6. ORDERED that Notice of Settlement is approved and shall be mailed and emailed in accordance with the procedures outlined in the Settlement Agreement to all collective and class members by no later than 30 days following the issuance of this Order;

7. ORDERED that Class Counsel shall file the motion for final approval of the settlement sought in the Settlement Agreement on or before **MAY 13**, 2022;

8. ORDERED that a Final Settlement Fairness Hearing shall be held in Courtroom **6W** at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey on **JUNE 21**, 2022, at **10 : 00** a.m./~~p.m.~~. All counsel must attend said hearing, which may be conducted remotely.

BY THE COURT:

_____
USM, J.

Dated: