IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRYSTAL SANCHEZ, *et al., individually and on behalf of those similarly situated,*<br><br>  Plaintiffs,<br><br>  v.<br><br>SANTANDER BANK, N.A., *et al.*<br><br>  Defendants. | No: 3:17-cv-05775 |

## NOTICE OF ERATTA

1. Plaintiffs, by and through undersigned counsel, and with consent of Defendant, hereby file this notice of ERATTA.

2. On February 22, 2022, this Court granted Plaintiffs' unopposed motion for preliminary approval of the class and collective settlement and related relief. (ECF 223).

3. Earlier today, undersigned counsel discovered that the Settlement Notice filed with the Court at ECF 216-4 contained an error rendering it inconsistent with the Settlement Agreement preliminarily approved by the Court.

4. Specifically, the Settlement Agreement provides class and collective members 30 days to opt-out or object to the settlement. Settlement Agreement, §§ 2.7.1, 2.8.1. (ECF 216-3). The Notice, in error, states the time-period is 45 days. (ECF 216-4).

5. Attached to this Notice of Errata as Exhibit A is a correct Settlement Notice, correctly informing class members that they have 30 days to opt out or object.

6. Defendant consents to the filing of this Errata and is in agreement that the notice should reflect that class members and collective members have 30 days to opt out or object.

                                          */s*      *Justin L. Swidler*
                                          Justin L. Swidler, Esq.
                                          SWARTZ SWIDLER, LLC
                                          1101 Kings Hwy N. Ste 402
                                          Cherry Hill, NJ 08034
                                          jswidler@swartz-legal.com

March 3, 2022