| Date | Time | Task | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2019 | 1.2 | Conf Call w/ Mashel and RS confer w RS | JLS | $575 | $690 |
| 11/22/2019 | 1.2 | Conf Call w/ Mashel and JS; confer w JS | RSS | $575 | $690 |
| 11/25/2019 | 0.5 | Conf Call w / co-counsel | JLS | $575 | $288 |
| 11/25/2019 | 0.5 | Conf Call w / co-counsel | RSS | $575 | $288 |
| 11/26/2019 | 0.9 | call with swidler/amy/steve - call regarding objections, gulf oil, website, co counsel | JLS | $575 | $518 |
| 11/26/2019 | 0.3 | Email from Mashel re: potential co-counsel arrangement; confer w RS | JLS | $575 | $173 |
| 11/26/2019 | 0.3 | Email from Mashel re: potential co-counsel arrangement; confer w JS | RSS | $575 | $173 |
| 11/27/2019 | 2.3 | declaration in support of objection - website; call with p counsel regarding clarification, notice | JLS | $575 | $1,323 |
| 11/27/2019 | 0.3 | Email from JS w/ draft declaration; review | RSS | $575 | $173 |
| 11/30/2019 | 1.6 | Review docket and case history | JLS | $575 | $920 |
| 12/2/2019 | 3.5 | Review/revise brief | RSS | $575 | $2,013 |
| 12/3/2019 | 0.5 | Email from Mashel w/ proposed Order related to our clarification/reconsideration for review; review/revise | RSS | $575 | $288 |
| 12/5/2019 | 0.5 | call with justin/rich/amy/steve | JLS | $575 | $288 |
| 12/5/2019 | 0.2 | Email from Mashel w/ deposition transcript and digest for each day of testimony for Joseph | RSS | $575 | $115 |
| 12/5/2019 | 0.1 | Email from Mashel w/ deposition transcript and digest for Lembo | RSS | $575 | $58 |
| 12/5/2019 | 1 | Conf Call w/ Mashel | RSS | $575 | $575 |
| 12/9/2019 | 5.5 | Review flash drive (litigation file) including discovery, pleadings, notes, depositions | JLS | $575 | $3,163 |
| 12/9/2019 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 12/10/2019 | 6 | Continue review of litigation file | JLS | $575 | $3,450 |
| 12/11/2019 | 0.5 | call with swartz/swidler/amy/steve - discovery issues, opt-in list, notice | JLS | $575 | $288 |
| 12/12/2019 | 0.1 | Email from Caldeira w/ letter and link containing Ds production (Vol. 8) | RSS | $575 | $58 |
| 12/20/2019 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 12/20/2019 | 0.5 | Conf Call w/ co-counsel | RSS | $575 | $288 |
| 12/23/2019 | 0.7 | Review Opposition by Santander re First Motion for Reconsideration | RSS | $575 | $403 |
| 12/23/2019 | 4.3 | D's opposition to Ps motion for reconsideration or clarification of order and report and recommendation due; review / revise | RSS | $575 | $2,473 |
| 12/27/2019 | 0.8 | Review Motion to Strike Consent Forms and Dismiss with Prejudice the FLSA Claims of Six Purported Opt-Ins | RSS | $575 | $460 |
| 12/30/2019 | 3.5 | Ps' reply to D's opposition to Ps' motion for reconsideration or clarification of order and report and recommendation due; review / revise | RSS | $575 | $2,013 |
| 1/6/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 1/6/2020 | 4 | In person meeting w/ Blanchfield, Mashel counse, JS and TM; prepare for same | RSS | $575 | $2,300 |
| 1/6/2020 | 1.7 | Ps' motion for reconsideration or clarification of order and report and recommendation to be decided on the papers; review / revise | RSS | $575 | $978 |
| 1/7/2020 | 0.1 | Email from Caldeira w/ link containing Ds production (Vol. 9) | RSS | $575 | $58 |
| 1/8/2020 | 0.1 | Email to counsel w/ conf call dial in information | RSS | $575 | $58 |
| 1/8/2020 | 0.4 | Conf call w/ counsel (per email, started at 10:30 am) | RSS | $575 | $230 |
| 1/8/2020 | 0.1 | Email from Blanchfield recapping conf call + 8 attachments | RSS | $575 | $58 |
| 1/21/2020 | 0.1 | Email from Caldeira w/ second amended notice of videotaped deposition of P | RSS | $575 | $58 |
| 1/22/2020 | 0.1 | Email from Castro re: pro hac vice admission | RSS | $575 | $58 |
| 1/29/2020 | 0.9 | Work on ltr to Court re discovery disputes; emails w co-counsel re same | RSS | $575 | $518 |
| 2/4/2020 | 0.1 | Read ltr from co-counsel | RSS | $575 | $58 |
| 2/19/2020 | 0.1 | Read docket entry re briefing schedule and oral argument | RSS | $575 | $58 |
| 2/27/2020 | 0.2 | Call with Steve Mashel/Justin Swidler | JLS | $575 | $115 |
| 2/27/2020 | 0.7 | call with swidler/amy/steve | JLS | $575 | $403 |
| 2/27/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 2/28/2020 | 0.9 | draft letter to arpert on mtn to amend and clarification | JLS | $575 | $518 |
| 3/3/2020 | 0.7 | research/draft brief on mtn to sever | JLS | $575 | $403 |
| 3/4/2020 | 1.9 | Review Defendant's prior document productions/case documents | JLS | $575 | $1,093 |
| 3/5/2020 | 0.5 | Review Order/Call with P counsel/Review Filings on Notice/Prep for Call | JLS | $575 | $288 |
| 3/5/2020 | 0.8 | conference call with court - court wants joint report by 3/19. | JLS | $575 | $460 |
| 3/5/2020 | 0.5 | follow up call with plaintiffs' counsel | JLS | $575 | $288 |
| 3/18/2020 | 0.3 | Review D's proposal and confer re same | RSS | $575 | $173 |
| 3/19/2020 | 1.3 | call with defense counsel. separate call with Amy. revise notice and status report. | JLS | $575 | $748 |

| Date | Hours | Description | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 3/19/2020 | 0.1 | Read ECF Status Report Regarding Notice | RSS | $575 | $58 |
| 3/31/2020 | 0.4 | Review and confer on draft consent form | RSS | $575 | $230 |
| 4/14/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 4/17/2020 | 0.1 | Review email re D's production | RSS | $575 | $58 |
| 4/21/2020 | 0.2 | Confer re notice | RSS | $575 | $115 |
| 5/27/2020 | 0.8 | Call with co-counsel | JLS | $575 | $460 |
| 5/27/2020 | 0.1 | Read ECF Notice of Filing Consents | RSS | $575 | $58 |
| 5/28/2020 | 0.2 | Read ECF Notice re Hearing on Motion to Compel Discovery and the Motion to Sever; confer re same | RSS | $575 | $115 |
| 6/10/2020 | 0.2 | Call with co-counsel | JLS | $575 | $115 |
| 6/10/2020 | 1.3 | Review and confer on reply brief for Plaintiff's motion to compel discovery | RSS | $575 | $748 |
| 6/11/2020 | 0.1 | Read ECF re Reply Brief | RSS | $575 | $58 |
| 6/23/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/29/2020 | 0.4 | Read and confer re Order re P's Motion to Compel and Motion to Sever | RSS | $575 | $230 |
| 7/7/2020 | 0.1 | Email with co-counsel | JLS | $575 | $58 |
| 7/14/2020 | 0.1 | Read TEXT ORDER re confidential materials and seal | RSS | $575 | $58 |
| 7/21/2020 | 0.4 | R/R CMO | JLS | $575 | $230 |
| 7/21/2020 | 0.3 | Review and confer re draft scheduling order | RSS | $575 | $173 |
| 7/23/2020 | 0.1 | Email with co-counsel regarding CMO | JLS | $575 | $58 |
| 7/24/2020 | 0.2 | Email with co-counsel regarding CMO | JLS | $575 | $115 |
| 7/27/2020 | 0.8 | call with justin/steve/amy on discovery | JLS | $575 | $460 |
| 7/27/2020 | 0.8 | revise Rule 26 plan. | JLS | $575 | $460 |
| 7/27/2020 | 0.4 | Emails with co-counsel | JLS | $575 | $230 |
| 7/27/2020 | 1 | Conf Call w/ SM, JS, TM and DK | RSS | $575 | $575 |
| 7/28/2020 | 0.5 | Revise Defendants Rule 26 plan and draft email to Tina | JLS | $575 | $288 |
| 7/30/2020 | 0.6 | Justin and Valerie conferred via 26 for submission of schedule | JLS | $575 | $345 |
| 7/30/2020 | 0.5 | Emails with co-counsel regarding CMO, depositions, opt-ins | JLS | $575 | $288 |
| 7/31/2020 | 0.2 | call with steve mashel and justin swidler regarding schedule proposal | JLS | $575 | $115 |
| 7/31/2020 | 0.1 | Read ltr requesting extension of deadline | RSS | $575 | $58 |
| 8/3/2020 | 0.7 | Review and Revise Joint Discovery Plan | JLS | $575 | $403 |
| 8/3/2020 | 1 | Revise CMC | JLS | $575 | $575 |
| 8/3/2020 | 0.1 | Email to co-counsel encl CMO | JLS | $575 | $58 |
| 8/3/2020 | 0.1 | Read Order granting requested extension | RSS | $575 | $58 |
| 8/3/2020 | 0.1 | Email re joint proposed scheduling order | RSS | $575 | $58 |
| 8/4/2020 | 0.2 | Email to/from co-counsel re call with Judge | JLS | $575 | $115 |
| 8/4/2020 | 0.1 | Read ECF Notice re Consent forms | RSS | $575 | $58 |
| 8/5/2020 | 0.7 | scheduling call the court | JLS | $575 | $403 |
| 8/5/2020 | 0.1 | follow up call with amy/justin/steve | JLS | $575 | $58 |
| 8/5/2020 | 0.2 | Call and Email to co-counsel re call with Judge | JLS | $575 | $115 |
| 8/5/2020 | 0.2 | Emails/ECFs re case deadlines | RSS | $575 | $115 |
| 8/6/2020 | 0.2 | Email to co-counsel with document for call | JLS | $575 | $115 |
| 8/6/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 8/10/2020 | 0.1 | D's production emails | RSS | $575 | $58 |
| 8/12/2020 | 0.1 | Email with co-counsel re Time Study | JLS | $575 | $58 |
| 8/13/2020 | 0.1 | Email with co-counsel | JLS | $575 | $58 |
| 8/14/2020 | 0.3 | Email from/to co-counsel re response | JLS | $575 | $173 |
| 8/17/2020 | 0.2 | Call with co-counsel | JLS | $575 | $115 |
| 8/18/2020 | 0.1 | Email with co-counsel | JLS | $575 | $58 |
| 8/20/2020 | 0.1 | Email with co-counsel | JLS | $575 | $58 |
| 8/21/2020 | 0.7 | call with Justin/Steve/Amy regarding Defendants' production and amendment | JLS | $575 | $403 |
| 8/21/2020 | 0.1 | Email with co-counsel | JLS | $575 | $58 |
| 8/21/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 8/28/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 9/2/2020 | 0.8 | Dicussions regarding Third Ameded Complaint, R/R Third Amended | JLS | $575 | $460 |
| 9/3/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 9/6/2020 | 4.5 | Draft Motion/Brief Motion to Amend | JLS | $575 | $2,588 |
| 9/7/2020 | 1.8 | Review/Review Third Amended Complaint | JLS | $575 | $1,035 |
| 9/7/2020 | 7.8 | Draft Motion/Brief Motion to Amend | JLS | $575 | $4,485 |
| 9/8/2020 | 4.5 | Review Revision from co-counsel, confer, finalize motion to amend | JLS | $575 | $2,588 |
| 9/9/2020 | 0.1 | Read emails re court filing deadlines | RSS | $575 | $58 |
| 9/24/2020 | 0.1 | Read Order re Defendants' Consent Motion to Seal. | RSS | $575 | $58 |
| 9/28/2020 | 0.2 | Emails to and from co-counsel re Motion to Amend | JLS | $575 | $115 |

| Date | Hours | Description | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2020 | 0.2 | Emails with co-counsel re reply | JLS | $575 | $115 |
| 10/5/2020 | 0.1 | Email with co-counsel re retainer agreements | JLS | $575 | $58 |
| 10/8/2020 | 0.3 | Emails with co-counsel re Motion | JLS | $575 | $173 |
| 10/8/2020 | 0.4 | Read D's opposition to motion for leave to file 3d amended complaint | RSS | $575 | $230 |
| 10/9/2020 | 1 | Email and Call with co-counsel | JLS | $575 | $575 |
| 10/9/2020 | 0.3 | D's requests for production and interrogatories directed to Opt-In Plaintiffs | RSS | $575 | $173 |
| 10/9/2020 | 0.1 | Review docket filings | RSS | $575 | $58 |
| 10/12/2020 | 0.1 | Email with co-counsel re dates | JLS | $575 | $58 |
| 10/13/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 10/14/2020 | 0.1 | Read docket entries | RSS | $575 | $58 |
| 10/22/2020 | 0.1 | Email with co-counsel re reply | JLS | $575 | $58 |
| 10/26/2020 | 13.5 | draft reply brief for motion to amend | JLS | $575 | $7,763 |
| 10/26/2020 | 0.3 | Emails with and from co-counsel re reply | JLS | $575 | $173 |
| 10/26/2020 | 0.3 | Read D's opposition to motion for leave to file 3d amended complaint | RSS | $575 | $173 |
| 10/29/2020 | 0.4 | R/R Jt Status Report: email co-counsel | JLS | $575 | $230 |
| 11/6/2020 | 0.1 | Read docket entries | RSS | $575 | $58 |
| 11/7/2020 | 0.2 | Emails with co-counsel re discovery | JLS | $575 | $115 |
| 11/13/2020 | 1.3 | Conference with Justin/Daeun regarding discovery for opt in plaintiffs | JLS | $575 | $748 |
| 11/16/2020 | 0.1 | Email re discovery requests | RSS | $575 | $58 |
| 11/18/2020 | 0.2 | Emails with co-counsel re telephone conference | JLS | $575 | $115 |
| 11/19/2020 | 0.8 | Conference with Justin/Daeun regarding survey | JLS | $575 | $460 |
| 11/19/2020 | 1 | conference with steve/justin/amy/daeun regarding opt in discovery and defendant deficiencies | JLS | $575 | $575 |
| 11/19/2020 | 0.5 | review letter regarding ESI | JLS | $575 | $288 |
| 11/19/2020 | 1.3 | call with amy/steve/justin/dauen regarding discovery | JLS | $575 | $748 |
| 11/19/2020 | 0.5 | draft email to clients regarding case status, final review of questionnaire to send to clients | JLS | $575 | $288 |
| 11/19/2020 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 11/19/2020 | 0.5 | Email to and from co-counsel re survey | JLS | $575 | $288 |
| 11/20/2020 | 0.3 | Email to and from co-counsel re survey | JLS | $575 | $173 |
| 11/23/2020 | 0.1 | Call to co-counsel | JLS | $575 | $58 |
| 11/23/2020 | 0.3 | Email with co-counsel re stipulation equitable tolling | JLS | $575 | $173 |
| 11/23/2020 | 0.3 | Emails from co-counsel re Opt Ins | JLS | $575 | $173 |
| 11/24/2020 | 0.5 | Emails to and from co-counsel re time study | JLS | $575 | $288 |
| 11/24/2020 | 0.5 | Call with co-counsel re time study | JLS | $575 | $288 |
| 11/30/2020 | 0.1 | R/R co-counsel email re extension | JLS | $575 | $58 |
| 12/2/2020 | 0.2 | Email to from co-counsel re template | JLS | $575 | $115 |
| 12/4/2020 | 1 | review and revise discovery responses | JLS | $575 | $575 |
| 12/8/2020 | 0.5 | conference with justin/steve regarding discovery | JLS | $575 | $288 |
| 12/10/2020 | 0.5 | call with plaintiffs' counsel - amy/steve/justin to prep for call with defendant | JLS | $575 | $288 |
| 12/10/2020 | 0.4 | call with all counsel regarding stipulation and status report | JLS | $575 | $230 |
| 12/10/2020 | 0.5 | call with all p counsel regarding discovery issues, predictive coding | JLS | $575 | $288 |
| 12/10/2020 | 0.1 | Read email from D w/ draft joint status report | RSS | $575 | $58 |
| 12/11/2020 | 0.1 | Read email from D w/ additions/revisions to the joint status report | RSS | $575 | $58 |
| 12/13/2020 | 0.1 | Review email from D w/ the parties' joint status report | RSS | $575 | $58 |
| 12/14/2020 | 0.2 | Emails to and from co-counsel re conference call | JLS | $575 | $115 |
| 12/15/2020 | 0.3 | Call with Justin/Steve prepping for status conference | JLS | $575 | $173 |
| 12/15/2020 | 0.5 | scheduling conference with Court | JLS | $575 | $288 |
| 12/15/2020 | 0.3 | post-conference followup call with Justin/Steve | JLS | $575 | $173 |
| 12/15/2020 | 0.2 | Email to co-counsel re conference call | JLS | $575 | $115 |
| 12/16/2020 | 1 | Prepare Santander Excel spreadsheet and email co-counsel | JLS | $575 | $575 |
| 12/17/2020 | 0.1 | Review ECF scheduling order | RSS | $575 | $58 |
| 12/18/2020 | 0.1 | Email to co-counsel re status email | JLS | $575 | $58 |
| 12/18/2020 | 0.2 | R/R co-counsel email to defense counsel re New hires | JLS | $575 | $115 |
| 12/28/2020 | 0.1 | R/R email from co-counsel re stipulation | JLS | $575 | $58 |
| 12/30/2020 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 1/4/2021 | 0.2 | Email to co-counsel re collective notice and deposition | JLS | $575 | $115 |
| 1/5/2021 | 0.5 | call with justin/steve/amy regarding schedule and status conference. | JLS | $575 | $288 |
| 1/5/2021 | 0.5 | Call with co-counsel re status report | JLS | $575 | $288 |
| 1/8/2021 | 0.1 | Email to co-counsel re meet and confer | JLS | $575 | $58 |
| 1/11/2021 | 0.1 | Email to co-counsel re meet and confer | JLS | $575 | $58 |
| 1/18/2021 | 0.2 | Email to co-counsel encl discovery for review | JLS | $575 | $115 |

| Date | Hours | Description | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2021 | 0.5 | R/R email from co-counsel re opt in discovery responses | JLS | $575 | $288 |
| 1/19/2021 | 0.5 | Email to co-counsel re opt in discovery responses with changes | JLS | $575 | $288 |
| 1/21/2021 | 0.2 | Email to co-counsel re-signed certifications | JLS | $575 | $115 |
| 1/25/2021 | 0.2 | Review D's responses to Ps' Fifth Set of Requests for Production of Documents | RSS | $575 | $115 |
| 1/26/2021 | 0.1 | Email to co-counsel schedule a call | JLS | $575 | $58 |
| 1/27/2021 | 0.1 | Email to co-counsel schedule a call | JLS | $575 | $58 |
| 1/28/2021 | 0.1 | Read D's email re deps | RSS | $575 | $58 |
| 1/29/2021 | 0.2 | Email to client and co-counsel with zoom invite | JLS | $575 | $115 |
| 2/1/2021 | 0.2 | Email to co-counsel re issues | JLS | $575 | $115 |
| 2/2/2021 | 0.5 | Email to co-counsel re outline for today's call | JLS | $575 | $288 |
| 2/2/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 2/3/2021 | 0.5 | Email to co-counsel re deposition schedule | JLS | $575 | $288 |
| 2/5/2021 | 0.1 | Email to co-counsel re motion to strike | JLS | $575 | $58 |
| 2/5/2021 | 0.1 | Read docket filing re deadlines as to motion to strike | RSS | $575 | $58 |
| 2/9/2021 | 0.2 | Email to and from co-counsel re Motion to Strike | JLS | $575 | $115 |
| 2/9/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 2/9/2021 | 0.1 | Email to co-counsel encl letter for review | JLS | $575 | $58 |
| 2/9/2021 | 0.1 | D email re deps | RSS | $575 | $58 |
| 2/10/2021 | 0.2 | Email to and from co-counsel re letter to Judge | JLS | $575 | $115 |
| 2/10/2021 | 0.2 | Email to/from co-counsel encl stipulation | JLS | $575 | $115 |
| 2/10/2021 | 0.3 | Review various emails/letter/stip | RSS | $575 | $173 |
| 2/11/2021 | 0.2 | Email to co-counsel encl Joint Status report | JLS | $575 | $115 |
| 2/11/2021 | 0.5 | Email to co-counsel re topics for call tomorrow | JLS | $575 | $288 |
| 2/11/2021 | 0.1 | D email re discovery | RSS | $575 | $58 |
| 2/12/2021 | 0.2 | Email from co-counsel re designee notice | JLS | $575 | $115 |
| 2/13/2021 | 1.5 | Emails to client and co-counsel prep for zoom call | JLS | $575 | $863 |
| 2/15/2021 | 1 | conference call with steve/amy/justin regarding mediation, discovery, motion to strike | JLS | $575 | $575 |
| 2/15/2021 | 0.2 | Email from co-counsel re 30b6 notice | JLS | $575 | $115 |
| 2/15/2021 | 0.2 | Email from JS re: draft 30b6 | RSS | $575 | $115 |
| 2/15/2021 | 0.3 | ltr and status report | RSS | $575 | $173 |
| 2/16/2021 | 0.5 | confernce call with amy/justin/steve regarding upcoming mediation call with defendant | JLS | $575 | $288 |
| 2/16/2021 | 0.5 | conference call with steve/justin/tina regarding mediation | JLS | $575 | $288 |
| 2/16/2021 | 0.5 | zoom call justin/eve/mike/lesley/emily | JLS | $575 | $288 |
| 2/16/2021 | 0.1 | Docket entry | RSS | $575 | $58 |
| 2/16/2021 | 0.5 | Sanchez v. Santander Conference Call | RSS | $575 | $288 |
| 2/17/2021 | 0.8 | Discussion with Amy/Steve/Justin regarding mediation and conference | JLS | $575 | $460 |
| 2/17/2021 | 0.3 | court conference | JLS | $575 | $173 |
| 2/17/2021 | 0.5 | follow-up call regarding conference, mediation. | JLS | $575 | $288 |
| 2/17/2021 | 0.1 | Email to co-counsel re telephone conference | JLS | $575 | $58 |
| 2/23/2021 | 0.5 | Email to co-counsel; Call with co-counsel re draft order | JLS | $575 | $288 |
| 2/23/2021 | 0.1 | R/R email from co-counsel to defense counsel re Mediators | JLS | $575 | $58 |
| 2/24/2021 | 0.8 | discussion with steve/justin/amy regarding mediator selection. | JLS | $575 | $460 |
| 2/24/2021 | 0.1 | Read ECF order re notice | RSS | $575 | $58 |
| 3/1/2021 | 0.2 | Email to co-counsel re mediation | JLS | $575 | $115 |
| 3/4/2021 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 3/5/2021 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 3/5/2021 | 1 | Call with co-counsel | JLS | $575 | $575 |
| 3/8/2021 | 0.1 | Email to co-counsel re telephone conference | JLS | $575 | $58 |
| 3/9/2021 | 0.2 | Email to co-counsel with website listed on second notice | JLS | $575 | $115 |
| 3/10/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 3/11/2021 | 0.2 | Email to co-counsel re envelopes for forms | JLS | $575 | $115 |
| 3/11/2021 | 0.2 | R/R emails between co-counsel and Angeion Group | JLS | $575 | $115 |
| 3/15/2021 | 0.4 | Response motion to strike | RSS | $575 | $230 |
| 3/16/2021 | 0.2 | Email to co-counsel re invoice | JLS | $575 | $115 |
| 3/17/2021 | 0.1 | Email to co-counsel re invoice | JLS | $575 | $58 |
| 3/23/2021 | 0.5 | R/R reply brief filed on ECF; email co-counsel re same | JLS | $575 | $288 |
| 3/23/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 3/25/2021 | 3 | write sur reply | JLS | $575 | $1,725 |
| 3/26/2021 | 0.2 | R/R email from co-counsel to defense counsel re reply | JLS | $575 | $115 |
| 3/29/2021 | 0.2 | Email to from co-counsel re sur reply | JLS | $575 | $115 |

| Date | Hours | Description | Atty | Rate | Total |
|---|---|---|---|---|---|
| 3/29/2021 | 1 | Edit sur reply and email to co-counsel; Review final version | JLS | $575 | $575 |
| 3/29/2021 | 0.2 | Call with co-counsel re sur reply | JLS | $575 | $115 |
| 3/30/2021 | 0.1 | Review docket entry | RSS | $575 | $58 |
| 4/16/2021 | 0.1 | Email from co-counsel re notices | JLS | $575 | $58 |
| 4/26/2021 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 4/30/2021 | 0.1 | Email to/from co-counsel re call to discuss | JLS | $575 | $58 |
| 5/3/2021 | 0.3 | Call with co-counsel | JLS | $575 | $173 |
| 5/6/2021 | 0.2 | Email to co-counsel re discussion during call | JLS | $575 | $115 |
| 5/11/2021 | 0.3 | Email to/from co-counsel re additional information | JLS | $575 | $173 |
| 5/17/2021 | 0.3 | call with Amy/Steve/Justin regarding mediation; internal emails regarding mediation | JLS | $575 | $173 |
| 5/17/2021 | 0.1 | call with Tina/Justin regarding mediation, data | JLS | $575 | $58 |
| 5/17/2021 | 0.2 | Email to/from co-counsel re mediator | JLS | $575 | $115 |
| 5/17/2021 | 0.2 | Call with co-counsel re mediation | JLS | $575 | $115 |
| 5/20/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 5/24/2021 | 0.1 | Email from co-counsel re production of documents | JLS | $575 | $58 |
| 5/24/2021 | 0.2 | R/R email from co-counsel to defense counsel re documents | JLS | $575 | $115 |
| 5/25/2021 | 0.3 | Call with co-counsel re documents | JLS | $575 | $173 |
| 5/28/2021 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 6/2/2021 | 0.2 | Email to/from co-counsel re call | JLS | $575 | $115 |
| 6/2/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/3/2021 | 0.1 | D email re discovery | RSS | $575 | $58 |
| 6/7/2021 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 6/8/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/8/2021 | 0.2 | email to co-counsel re BOM information | JLS | $575 | $115 |
| 6/9/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/10/2021 | 0.5 | Email to co-counsel re Opt In BOM's | JLS | $575 | $288 |
| 6/14/2021 | 0.1 | Email to co-counsel re mediation outline | JLS | $575 | $58 |
| 6/14/2021 | 0.1 | Review docket entry | RSS | $575 | $58 |
| 6/16/2021 | 0.5 | Edit and update spreadsheet; email to co-counsel | JLS | $575 | $288 |
| 6/18/2021 | 0.1 | Email to co-counsel re argument | JLS | $575 | $58 |
| 6/19/2021 | 4.8 | work on mediation statement/damages computations | JLS | $575 | $2,760 |
| 6/20/2021 | 6.1 | Continue work on mediation memo | JLS | $575 | $3,508 |
| 6/21/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/21/2021 | 0.1 | Email from co-counsel re mediation statement | JLS | $575 | $58 |
| 6/22/2021 | 4.5 | mediation memo | JLS | $575 | $2,588 |
| 6/22/2021 | 0.1 | Email to co-counsel with deposition digest | JLS | $575 | $58 |
| 6/22/2021 | 1 | Email to/from co-counsel re mediation statement | JLS | $575 | $575 |
| 6/23/2021 | 0.5 | review defendant's mediation memo, conference with steve/amy/justin | JLS | $575 | $288 |
| 6/23/2021 | 0.5 | Emails to and from co-counsel re mediation statement | JLS | $575 | $288 |
| 6/25/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 6/25/2021 | 0.1 | Email with co-counsel re mediation | JLS | $575 | $58 |
| 6/25/2021 | 0.5 | Review memorandum providing comprehensive review and analysis | RSS | $575 | $288 |
| 6/28/2021 | 1.5 | Mediation prep | RSS | $575 | $863 |
| 6/29/2021 | 6 | mediation with judge welsh | JLS | $575 | $3,450 |
| 6/29/2021 | 8 | Mediation including round trip travel | RSS | $575 | $4,600 |
| 7/8/2021 | 0.2 | Email from/to co-counsel re 2nd day of mediation | JLS | $575 | $115 |
| 7/9/2021 | 0.2 | Email to/from co-counsel re dates for mediation | JLS | $575 | $115 |
| 7/12/2021 | 0.1 | Email to co-counsel re mediation availability dates | JLS | $575 | $58 |
| 7/13/2021 | 0.1 | Email from co-counsel re telephone conference | JLS | $575 | $58 |
| 7/13/2021 | 0.2 | Call with co-counsel | JLS | $575 | $115 |
| 7/14/2021 | 0.1 | Read email regarding status of mediation | JLS | $575 | $58 |
| 7/14/2021 | 0.1 | Review Order granting stay request pending further settlement discussions | JLS | $575 | $58 |
| 7/14/2021 | 0.1 | Read email regarding status of mediation | RSS | $575 | $58 |
| 7/14/2021 | 0.1 | Review Order granting stay request pending further settlement discussions | RSS | $575 | $58 |
| 9/17/2021 | 0.5 | Call with co-counsel regarding mediation; request to discuss with Defense | JLS | $575 | $288 |
| 9/17/2021 | 0.5 | Call with co-counsel | JLS | $575 | $288 |
| 9/18/2021 | 0.3 | Call with Defense counsel regarding rescheduling mediation | JLS | $575 | $173 |
| 9/20/2021 | 0.2 | Email to and from co-counsel re mediation | JLS | $575 | $115 |
| 9/21/2021 | 0.2 | call with justin/amy/steve before conference call with d | JLS | $575 | $115 |
| 9/21/2021 | 0.3 | call with counsel - rescheduling mediation | JLS | $575 | $173 |
| 9/21/2021 | 0.2 | call with justin/amy/steve before conference call with d | JLS | $575 | $115 |
| 9/23/2021 | 0.1 | Read Order | JLS | $575 | $58 |

| Date | Hours | Description | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 9/23/2021 | 0.1 | Read Order | RSS | $575 | $58 |
| 10/8/2021 | 0.2 | Email to from co-counsel re telephone call | JLS | $575 | $115 |
| 10/8/2021 | 0.2 | Call with co-counsel | JLS | $575 | $115 |
| 11/9/2021 | 0.2 | Email to and from co-counsel re mediation | JLS | $575 | $115 |
| 11/10/2021 | 0.5 | Call with co-counsel regarding mediation | JLS | $575 | $288 |
| 11/10/2021 | 0.5 | Call with co-counsel re mediation | JLS | $575 | $288 |
| 11/10/2021 | 0.2 | Email to and from co-counsel re mediation | JLS | $575 | $115 |
| 11/11/2021 | 1 | Mediation prep | RSS | $575 | $575 |
| 11/12/2021 | 8 | Second Day of Mediation | JLS | $575 | $4,600 |
| 11/12/2021 | 8.5 | Mediation (second day) | RSS | $575 | $4,888 |
| 12/2/2021 | 0.1 | Read email re proposed letter advising court of initial settlement agreement | RSS | $575 | $58 |
| 12/3/2021 | 0.1 | Read email re proposed revisions to status letter to court | RSS | $575 | $58 |
| 12/7/2021 | 0.2 | Email and letter to court re mediation | RSS | $575 | $115 |
| 12/8/2021 | 0.1 | Review letter Order | RSS | $575 | $58 |
| 12/15/2021 | 0.1 | Review email re draft settlement agreement | RSS | $575 | $58 |
| 12/16/2021 | 0.1 | Email to co-counsel re draft agreement and call | JLS | $575 | $58 |
| 12/17/2021 | 0.1 | Email to co-counsel re draft agreement and call | JLS | $575 | $58 |
| 12/20/2021 | 1.3 | review and edit santander settlement agreement | JLS | $575 | $748 |
| 12/20/2021 | 2 | review settlement agreement, revise | JLS | $575 | $1,150 |
| 12/20/2021 | 0.2 | Call with co-counsel re draft agreement | JLS | $575 | $115 |
| 12/20/2021 | 0.2 | R/R new edits from co-counsel | JLS | $575 | $115 |
| 12/20/2021 | 0.5 | proposed revisions to settlement agmt | RSS | $575 | $288 |
| 1/11/2022 | 0.2 | Email to/from co-counsel re preliminary motion | JLS | $575 | $115 |
| 1/19/2022 | 0.1 | Email to co-counsel with signed agreement | JLS | $575 | $58 |
| 1/20/2022 | 0.2 | Email to/from co-counsel re motion | JLS | $575 | $115 |
| 1/21/2022 | 9.3 | prelim approval brief | JLS | $575 | $5,348 |
| 1/23/2022 | 6.8 | prelim approval brief | JLS | $575 | $3,910 |
| 1/24/2022 | 9.5 | prelim approval brief | JLS | $575 | $5,463 |
| 1/24/2022 | 0.2 | Email to/from co-counsel re motion | JLS | $575 | $115 |
| 1/24/2022 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 1/25/2022 | 0.1 | Email to co-counsel re call to discuss | JLS | $575 | $58 |
| 1/27/2022 | 0.2 | Emails to and from co-counsel re Motion to Amend | JLS | $575 | $115 |
| 1/28/2022 | 5.3 | prelim approval brief and paperwork, including conferrals with defendant and cocounsel | JLS | $575 | $3,048 |
| 1/28/2022 | 0.3 | confer with d counsel regarding notice and stip | JLS | $575 | $173 |
| 1/28/2022 | 5.5 | work on settlement approval brief, notices, including conferences with cocounsel | JLS | $575 | $3,163 |
| 1/28/2022 | 0.2 | Email to and from co-counsel re Motion to Amend | JLS | $575 | $115 |
| 1/28/2022 | 0.2 | Call with co-counsel re Motion | JLS | $575 | $115 |
| 1/28/2022 | 0.5 | R/R Settlment Notice; email to co-counsel | JLS | $575 | $288 |
| 1/28/2022 | 0.2 | Email to and from co-counsel re changes to notice | JLS | $575 | $115 |
| 1/28/2022 | 0.2 | Review Notice | JLS | $575 | $115 |
| 1/28/2022 | 0.2 | Email to/from co-counsel re filing and declaration | JLS | $575 | $115 |
| 1/28/2022 | 0.6 | Amended complaint; consent motion to certify class; stip | RSS | $575 | $345 |
| 1/31/2022 | 0.1 | Read docket entry re deadlines | RSS | $575 | $58 |
| 2/1/2022 | 0.1 | Review order | RSS | $575 | $58 |
| 2/11/2022 | 0.2 | Email to/from co-counsel re telephone conference | JLS | $575 | $115 |
| 2/11/2022 | 0.1 | Answer to Amended Complaint | RSS | $575 | $58 |
| 2/15/2022 | 0.1 | Notice to withdraw | RSS | $575 | $58 |
| 2/17/2022 | 0.2 | Email to/from co-counsel | JLS | $575 | $115 |
| 2/17/2022 | 0.5 | Call with co-counsel re oral argument | JLS | $575 | $288 |
| 2/17/2022 | 1 | Santander call - plaintiffs' counsel re oral Argument | RSS | $575 | $575 |
| 2/17/2022 | 1 | Santander Call - Ps counsel re: oral argument | RSS | $575 | $575 |
| 2/22/2022 | 0.4 | prelim approval motion hearing | JLS | $575 | $230 |
| 2/22/2022 | 1 | prep for oral argument | JLS | $575 | $575 |
| 2/22/2022 | 0.2 | Email to/from co-counsel re administration | JLS | $575 | $115 |
| 2/22/2022 | 0.4 | Oral argument on consent motions to certify class and for preliminiary approval of settlement | RSS | $575 | $230 |
| 2/23/2022 | 0.3 | Read docket entries; order granting motion to certify class and preliminary approval and setting final approval; review claims admin proposal | JLS | $575 | $173 |
| 2/23/2022 | 0.3 | Read docket entries; order granting motion to certify class and preliminary approval and setting final approval; review claims admin proposal | RSS | $575 | $173 |
| 2/25/2022 | 0.1 | Read email re proposed timelines | JLS | $575 | $58 |

| Date | Hours | Description | Atty | Rate | Total |
|---|---|---|---|---|---|
| 2/25/2022 | 0.1 | Read email re proposed timelines | RSS | $575 | $58 |
| 2/28/2022 | 0.1 | Read Order re submission of joint report | JLS | $575 | $58 |
| 2/28/2022 | 0.1 | Read Order re submission of joint report | RSS | $575 | $58 |
| 3/3/2022 | 1.1 | review settlement notice; confer with Angeion; confer with D Counsel regarding timing discrepancy; prepare notice of eratta | JLS | $575 | $633 |
| 3/3/2022 | 0.8 | Draft Settlement Notice and Email | JLS | $575 | $460 |
| 3/3/2022 | 0.1 | Read email from JS re: final settlement notice draft | RSS | $575 | $58 |
| 3/8/2022 | 0.1 | Read email re notice and approval | JLS | $575 | $58 |
| 3/8/2022 | 0.1 | Read email re notice and approval | RSS | $575 | $58 |
| 3/11/2022 | 0.8 | phone conference with Steve/Amy/Justin regarding mtn to sever | JLS | $575 | $460 |
| 3/11/2022 | 0.1 | Email from co-counsel re notice | JLS | $575 | $58 |
| 3/17/2022 | 0.8 | Conference with Justin/Amy/Steve regarding mtn to sever and settlement issues | JLS | $575 | $460 |
| 3/25/2022 | 0.1 | Read email motion to sever | JLS | $575 | $58 |
| 3/25/2022 | 0.1 | Read email motion to sever | RSS | $575 | $58 |
| 3/30/2022 | 1.4 | draft mtn to sever, proposed order | JLS | $575 | $805 |
| 3/30/2022 | 0.2 | Read emails re motion to sever + proposed revisions | JLS | $575 | $115 |
| 3/30/2022 | 0.2 | Read emails re motion to sever + proposed revisions | RSS | $575 | $115 |
| 3/31/2022 | 0.4 | review proposed changes to motion, draft email to d counsel | JLS | $575 | $230 |
| 4/4/2022 | 0.1 | Read docket entry re oral argument | JLS | $575 | $58 |
| 4/4/2022 | 0.1 | Read docket entry re oral argument | RSS | $575 | $58 |
| 4/5/2022 | 0.1 | Read email re objection deadline | JLS | $575 | $58 |
| 4/5/2022 | 0.1 | Read email re objection deadline | RSS | $575 | $58 |
| 4/26/2022 | 0.1 | Read emails relating to case | JLS | $575 | $58 |
| 4/26/2022 | 0.1 | Read emails relating to case | RSS | $575 | $58 |
| 5/2/2022 | 0.1 | Read email re status report | JLS | $575 | $58 |
| 5/2/2022 | 0.2 | Email to/from co-counsel Motion for final settlement approval | JLS | $575 | $115 |
| 5/2/2022 | 0.1 | Read email re status report | RSS | $575 | $58 |
| 5/4/2022 | 0.1 | Read email re proposed timeline for second mailing | JLS | $575 | $58 |
| 5/4/2022 | 0.1 | Read email re proposed timeline for second mailing | RSS | $575 | $58 |
| 5/6/2022 | 2 | Work on final approval | RSS | $575 | $1,150 |
| 5/10/2022 | 2.5 | Work on final approval; related emails | RSS | $575 | $1,438 |
| 5/10/2022 | 0.1 | Review email re motion to withdraw | RSS | $575 | $58 |
| 5/11/2022 | 5 | Work on final approval filings; costs and time records review; declaration from claims admin | RSS | $575 | $2,875 |
| 5/12/2022 | 4.5 | Final Aproval papers | RSS | $575 | $2,588 |
| 5/13/2022 | 4 | Final Aproval papers | RSS | $575 | $2,300 |
| 18-May | 0.3 | Work on final approval papers | RSS | $575 | $173 |
| 5/19/2022 | 1.1 | Email co-counsel, confer with d counsel, draft letter to court requesting ext | JLS | $575 | $633 |
| 5/23/2022 | 4.5 | Review and Edit Final Approval Brief | JLS | $575 | $2,588 |
| 5/24/2022 | 6 | Finalize Final Approval Brief | JLS | $575 | $3,450 |
| TOTAL | 304.2 | | | $ | 174,915.00 |