# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRYSTAL SANCHEZ, *et al.*, *on behalf of themselves and all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER BANK, N.A., *et al*,<br><br>Defendants. | Case No.: 3:17-cv-5775-PGS-DEA |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

AND NOW, on this __21st__ day of __Sept.__, 2022, upon consideration of Plaintiffs' unopposed motion for final approval of the class and collective action settlement, and upon arguments heard on the record at the June 21, 2022 Final Approval Hearing, the Court:

1.   Finds the Settlement Agreement is a fair and reasonable compromise of disputed claims. The Settlement Agreement is granted final approval by this Court. All Eligible Settlement Class Members who did not opt out are subject to the release of claims set forth therein;

2.   Orders Defendants, pursuant to the Settlement Agreement, to deposit $4,250,000.00 (the "Gross Settlement Amount") into the Qualified Settlement Fund no later than 30 days from the Date of the Court's Order (*See* Settlement Agreement at ¶ 3.1(A)-(B));

3.   Orders the Settlement Administrator to distribute, consistent with the terms of the Settlement Agreement, the Net Settlement Fund to Eligible Settlement Class Members who did not opt out of the Settlement;

4.  Grants Service Awards of $10,000 for Named Plaintiff Crystal Sanchez, and $5,000.00 each for Named Plaintiffs Rabia Ahmed, Andrea Blanchard, Pearl Monteiro, Shaunsey Jackson, Michelle Romano, Joni Henderson, and Peter Sano, and Orders the Settlement Administrator to distribute the same to the Named Plaintiffs;

5.  Grants Class Counsel's request for reasonable attorneys' fees representing 33 1/3 % of the Gross Settlement Fund totaling $1,416,666.00, and Orders the Settlement Administrator to distribute the same to Class Counsel;

6.  Grants Class Counsel's request for reimbursement of their out-of-pocket litigation costs, totaling $24,038.83 and Orders the Settlement Administrator to distribute the same to Class Counsel;

7.  Grants the Claims Administrator its reasonable fees and costs incurred in administering the Settlement, *not to exceed $40,000.00 without further Court approval*.

BY THE COURT:

_____
The Honorable Douglas E. Arpert, USMJ

*The Clerk is directed to close this action.*